UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM SHEPARD, JR.,

    Plaintiff,

vs.                                            Case No. 8:09-CV-2398-T-27TGW

FLORIDA POWER CORPORATION,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 50) recommending that Peterson & Myers, P.A.'s Motion to Adjudicate and Enforce Attorneys' Charging Lien (Dkt. 46) be granted in part. Plaintiff filed no response to the motion and no objections to the Report and Recommendation, and the time for doing so has expired. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 50) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Peterson & Myers, P.A.'s Motion to Adjudicate and Enforce Attorneys' Charging Lien (Dkt. 46) is **GRANTED** in part as follows.

3) Peterson & Myers, P.A.'s charging lien is provisionally approved.

4) Within **fourteen (14) days** of the date of this Order, Peterson & Myers, P.A. shall file an appropriate motion to ascertain the amount of the lien, failing which the notice of charging lien

shall be deemed untimely and final approval of the charging lien will be denied.

**DONE AND ORDERED** in chambers this **31st** day of May, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record;
Andrea Teves Smith